## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CASE NO.: _____

MICHAEL CALTA,

     Plaintiff,

vs.

VISION SOLAR FL, LLC a/k/a
VISION SOLAR, LLC,

     Defendant.

_____/

## <u>NOTICE OF REMOVAL</u>

Defendant, VISION SOLAR FL LLC a/k/a VISION SOLAR LLC (hereinafter "Vision Solar"), by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446, hereby files this Notice of Removal and states as follows:

1.    Vision Solar has been named as a Defendant in a civil action commenced in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, which civil action has been assigned Case Number: 22-CA-002565, and which is styled as: *Michael Calta vs. Vision Solar FL LLC a/k/a Vision Solar LLC (the "State Court Action")*.

2.     Service was effectuated on Vision Solar on April 11, 2022 by personally serving Vision Solar, through its Registered Agent, with a Summons, Complaint and Differentiated Case Management Order in the State Court Action.

3.     A true and correct copy of the State Court Complaint (with exhibits) is attached hereto as **Exhibit "1."**  A copy of the State Court Docket Sheet is attached as **Exhibit "2."**  True and correct copies of the remaining State Court documents: Summons, Civil Cover Sheet, Request for Division Assignment, Request for Summons to be Issued, General Differentiated Case Management Order and Return of Service Affidavit are attached hereto as **Composite Exhibit "3."** These documents constitute all the pleadings filed with the Hillsborough County Circuit Court Clerk's office in the State Court Action.

4.     Thirty (30) days have not yet expired since this action became removable to this Court.

5.      The above-styled action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332(a) and removal is proper pursuant to 28 U.S.C. § 1441 in that it: (i) is a civil action wherein the matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, and (ii) is between citizens of different

states. *See* Complaint at ¶¶ 3, 10, 11, 12, 14, 15, 17, 19, 27, 29, 33, 37 and 54[1]; *see also* Declaration of Vision Solar Executive Vice President, Ryan Benko ("Declaration"), attached hereto as **Exhibit "4."**

6.     First, the matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs. *See* Complaint, ¶¶ 11, 14, 15, 17, 27, 29, 37, and 54.

7.     Second, the above-styled action involves a controversy which is wholly between citizens of different states. *See* 28 U.S.C. § 1332(a).

   a.   Plaintiff, Michael Calta, is a citizen of Florida. *See* Complaint, ¶3, 12, 19 and 33.[2]

   b.   Defendant, Vision Solar, is a foreign limited liability company with two members – both of whom/which are citizens of New Jersey. *See*

---

[1] The allegations set forth in these paragraphs of the Complaint establish that: (a) the Plaintiff is a resident and citizen of Florida; (b) Defendant is a foreign entity; and (c) the amount in controversy exceeds $75,000.00 (i.e., Plaintiff alleges his personal statutory damages are between $2,500 – $7,500 for 2 calls and 3 text messages and alleges that the similarly situated class members are believed to be in the "thousands").

[2] To further establish the citizenship of Plaintiff, counsel for Vision Solar has reviewed the available public records of the State of Florida and has determined that Plaintiff has a valid Florida driver's license, has a motor vehicle registered in Florida, is registered to vote in Florida and owns homesteaded property in Hillsborough County, Florida. See William Hughes Diller, Jr., Revocable Tr. v. Heartland Ag Group of Springfield, Inc., 5:10-CV-672-OC-34TBS, 2011 WL 13295824, at *3 (M.D. Fla. Sept. 28, 2011) ("For diversity purposes, citizenship is equivalent to 'domicile.'").

132808673.1

Complaint, ¶10; *see also* Declaration at ¶ 4.  Thus, Vision Solar is a citizen of New Jersey for purposes of diversity jurisdiction. *See 3333 Canal Street, LLC v. Roofing Supply Group - Tampa, LLC,* 2021 WL 3055007 at *2 (M.D. Fla. July 20, 2021) ("[f]or purposes of establishing diversity jurisdiction, a limited liability company is a citizen of any state of which a member of the company is a citizen") (internal citations omitted).

8.     There are no other defendants in this matter from whom consent to removal of this action need be obtained.

9.     Vision Solar was not at the time of the commencement of this action and is still not a citizen of the State of Florida, where this action was brought. *See* Complaint, ¶ 10; see also Declaration at ⫽ 5.[3]

10.    By reason of the foregoing, Vision Solar is entitled to have this civil action removed from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida, such being the district where this civil action is currently pending.

---

[3] As set forth in ¶ 6 of the Declaration, Vision Solar FL LLC is an alternate name for Vision Solar LLC, adopted for the purpose of transacting business in Florida. *See also* Fla. Stat. § 605.0906.

4

132808673.1

11.     By filing this Notice, Vision Solar does not waive any defense that may be available to it under applicable law, but expressly reserves all such defenses.

12.     Vision Solar is contemporaneously filing a copy of this Notice of Removal (with exhibits) with the Clerk of the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

WHEREFORE, Defendant, Vision Solar FL LLC a/k/a Vision Solar LLC, respectfully prays that the above-described action, now pending in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Case Number: 22-CA-002565, be removed to the United States District Court for the Middle District of Florida and Division within which the above-described action is pending.

FOX ROTHSCHILD LLP
777 South Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401
Telephone: (561) 835-9600
Facsimile: (561) 835-9602


By:   _/s/ Seth B. Burack_
       Seth B. Burack
       Florida Bar No: 68360
       sburack@foxrothschild.com

*Attorneys for Defendant*

5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 15, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  _/s/Seth B. Burack_
          Seth B. Burack

132808673.1

**SERVICE LIST**
*Michael Calta v. Vision Solar FL LLC a/k/a Vision Solar LLC*
**Case No.:**_____

| | |
|---|---|
| William Peerce Howard, Esq.<br>Amanda J. Allen, Esq.<br>Billy@TheConsumerProtectionFirm.com<br>Amanda@TheConsumerProtectionFirm.com<br>Bonnie@TheConsumerProtectionFirm.com<br>The Consumer Protection Firm PLLC<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Telephone: (813) 500-1500<br>Fax: (813) 435-2369<br><br>*Attorneys for Plaintiff* | Seth B. Burack, Esq.<br>sburack@foxrothschild.com<br>bhutson@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>777 South Flagler Drive<br>Suite 1700 West Tower<br>West Palm Beach, FL 33401<br>Tel: (561) 804-4418<br>Fax: (561) 835-9602<br><br>*Attorneys for Defendant* |
| John W. Barrett (WV Bar No. 7289)<br>(*Pro Hac Pending*)<br>JBarrett@baileyglasser.com<br>Bailey & Glasser LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>Telephone: (304) 345-6555<br>Fax: (304) 342-1110<br><br>*Attorneys for Plaintiff* | |

132808673.1